FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>FELIX RUBEN RODRIGUEZ,<br><br>               Defendant. | No.   2:11-CR-0107-WFN-11<br><br>ORDER DENYING REDUCTION OF SENTENCE |

     Pending before the Court is the Defendant's Motion to Reduce Sentence. ECF No. 1671. Defendant asks that the Court resentence based on Amendment 782 and 18 U.S.C § 3582(c). However, Defendant cannot meet the standards in the statute. Resentencing pursuant to § 3582(c)(2) (authorizing resentencing due to a subsequent lowering of the sentencing range) does not apply to this case. The basis for Defendant's Motion does not depend on a change in the Guidelines, but rather on dismissal of an old conviction post-sentencing. The Defendant fails to cite to authority that allows resentencing in the circumstances presented in this case. The Court has reviewed the file and Motion and is fully informed. Accordingly,

     **IT IS ORDERED** that Defendant's Motion to Reduce Sentence, filed June 28, 2018, **ECF No. 1671**, is **DENIED**.

     The District Court Executive is directed to file this Order and provide copies to counsel.

     **DATED** this 21st day of June, 2018.

                                                s/ Wm. Fremming Nielsen
                                                WM. FREMMING NIELSEN
                        SENIOR UNITED STATES DISTRICT JUDGE

06-21-18

ORDER